# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

SNOWSHOE MOUNTAIN, INC.

    *Plaintiff(s)*

v.   Civil Action No. 2:22cv18

RUBY DOG HOLDINGS, LLC

    *Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other:

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge   Thomas S. Kleeh

The Court GRANTS Plaintiff's [42] Motion for Judgment on the Pleadings, and DENIES Defendant's [55] Motion for Leave to File. The Court DIRECTS entry of a final judgment in favor of Plaintiff. This case is DISMISSED WITH PREJUDICE and the Court DIRECTS the Clerk to STRIKE the matter from the Court's active docket.

Date:   October 10, 2023

*CLERK OF COURT*
Cheryl Dean Riley
By:   /s/  C. Daniels, Deputy Clerk

*Signature of Clerk or Deputy Clerk*