FILED: May 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2089
(2:22-cv-00018-TSK)
_____

SNOWSHOE MOUNTAIN, INC., a West Virginia Corporation

      Plaintiff - Appellee

v.

RUBY DOG HOLDINGS, LLC, a foreign limited liability company; RUBY DOG, LP; KLB REAL ESTATE LLC

      Defendants - Appellants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK